# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:13-cr-198-T-30TGW

ANDREW BLANE FIELDS

## **ORDER**

THIS CAUSE comes before the Court upon the Defendant's Motion in Limine and Request for Hearing Prior to Trial (Dkt. #21) and the Government's Response thereto (Dkt. #24). Upon review of the pleadings, the Court determines that the motion should be granted in part and denied in part, and that no hearing is necessary.

On the Defendant's request to restrict the Government's introduction of certain evidence, the Court rules as follows:

(1) As to the Defendant's request that the Government be prohibited from introducing evidence of the victims' ages or referring to them as minors, the Court grants it in part and denies it in part. The Government shall not refer to the victims as "minors," but may introduce evidence of their ages. The age of a victim is relevant to his or her perception of events, ability to resist coercion or pressure, and the harm to which he or she may have been subjected.

(2) As to Defendant's request that the Government be prohibited from introducing evidence that he has hepatitis C and communicated it to an alleged victim, the motion is granted.

(3) As to Defendant's request that the Government be prohibited from introducing evidence that he possessed a "pimp stick," the motion is granted.

(4) As to Defendant's request that the Government be prohibited from introducing evidence that he was affiliated with a motorcycle gang, the motion is denied.

(5) As to Defendant's request that the Government be prohibited from introducing evidence that he possessed books at his residence describing how to manufacture and use drugs, the motion is denied.

(6) As to Defendant's request that the Government be prohibited from introducing evidence of a Trinity Hospital video purporting to show Mr. Fields supplying drugs to one of the alleged victims in a hospital room, the motion is denied.

It is therefore ORDERED AND ADJUDGED that:

1. The Defendant's Motion in Limine and Request for Hearing Prior to Trial (Dkt. #21) is GRANTED in part and DENIED in part as stated herein.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of August, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cr-198 limine 21.docx