**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

| CASE NO. 8:13-cr-198-T-30TGW | DATE: October 17, 2013 |
|---|---|
| TITLE: USA v. ANDREW BLANE FIELDS | |
| TIME: 10:10 - 10:40 AM | TOTAL: 30 minutes |

| Courtroom Deputy: Sara Boswell | |
|---|---|
| Court Reporter: Sherrill Jackson | |

| Counsel for Plaintiff(s): Josephine W. Thomas and William Nolan |
|---|
| Counsel for Defendant(s): Alec Fitzgerald Hall and Frank Zaremba |

### _CLERK'S MINUTES: PROCEEDINGS OF MOTION HEARING_

Pending motions before the Court are:

[Doc. 53] Government's First motion in limine regarding limitation of evidence under Fed.R.Crim.P. 412, 608, and 609

[Doc. 54] Government's Second motion in limine regarding admissibility of evidence under Fed.R.Evid. 404(b)

[Doc. 60] Defendant's motion for bill of particulars, and request to exclude certain evidence

[Doc. 62]  Defendant's Third motion in limine to exlude evidence of Mr. Fields allegedly attempting to recruit other women for prostitution; consensual sex with alleged victims or friends; and Mr. Fields cultivated the victims drug addictions

[Doc. 66] Government's Third motion in limine to admit out-of-court statements

Given the expedited hearing date, the Court will hear oral responses to the motions.

The Court rules on the motions as stated on the record.